**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY XAVIER SANCHEZ, | Case No. 1:26-cv-01223 KES FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AS DUPLICATIVE, AND DIRECTING CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| KERN COUNTY SHERIFF'S DEP'T, | |
| Defendant. | Doc. 10 |

Jeremy Xavier Sanchez is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The magistrate judge found the claims raised in this action are duplicative of the complaint in *Sanchez v. Kern County Sheriffs Dept.*, Case No. 1:25-cv-01949-HBK (PC), and recommended that the present action (Case No. 1:26-cv-01223) be dismissed. Doc. 10. On February 23, 2026, the Court served the findings and recommendations on Sanchez and notified him that any objections were to be filed within 14 days. *Id.* The Court also advised that failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 4. Sanchez did not file objections and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

1

The Court **ORDERS**:

1. The findings and recommendations issued on February 23, 2026 (Doc. 10), are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice as duplicative.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 16, 2026

_____
UNITED STATES DISTRICT JUDGE